UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAMESBOOST42 LTD., <br><br> Claimant, <br><br> v. <br><br> CINEMOOD TRENDSETTERS CO., <br><br> Respondent. | Case No.  5:22-cv-02929 EJD <br><br> **ORDER TO SHOW CAUSE** |

The Court conducted a status conference on August 29, 2022.  Jaideep Venkatesan appeared on behalf of the Claimant.  Respondent failed to appear.

Respondent is ordered to show cause why Claimant's Petition to Confirm Arbitral Award should not be granted as unopposed.  Respondent shall file a written response to this Order to Show Cause no later than September 19, 2022 and shall appear in court at 10:00 a.m. on September 29, 2022.

**IT IS SO ORDERED.**

Dated: August 30, 2022

EDWARD J. DAVILA
United States District Judge